UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

David Johnson

Plaintiff(s),

v.

Dan Wolf
Angela Campbell   Sean Combs
Joi Kemp

Defendant(s).

**COMPLAINT**
(Pro Se Prisoner)

Case No. 25CV 6015 MAV
(Assigned by Clerk's Office upon filing)

**Jury Demand**
☒ Yes
☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's social security number, taxpayer identification number, or birth date; the name of a person known to be a minor; or a financial account number. A filing may include *only*: the last four digits of a social security number or taxpayer-identification number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Fed. R. Civ. P. 5.2.

---

I. **LEGAL BASIS FOR COMPLAINT**

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution and laws of the United States. Indicate below the federal basis for your claims.

☒ 42 U.S.C. § 1983 (state, county, or municipal defendants)
☐ *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)
☐ Other (please specify) __Civil rights__

## II. PLAINTIFF(S) INFORMATION

Name: David Johnson
Prisoner ID #: 19D0019
Place of detention: Mid-State Correctional Facility
Address: P.O. Box 2500 Marcy NY 13403

Indicate your confinement status when the alleged wrongdoing occurred:
- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Immigration detainee

None

Provide any other names by which you are or have been known and any other identification numbers associated with prior periods of incarceration:

D3

If there are additional plaintiffs, each person must provide all of the information requested in this section and must sign the complaint; additional sheets of paper may be used and attached to this complaint.

## III. DEFENDANT(S) INFORMATION

Defendant No. 1: Dan Wolf
Name (Last, First)

Highway chief / Football coach
Job Title

Ogden, NY Churchville-Chili Highschool
Work Address

North Chili    NY
City    State    Zip Code

Defendant No. 2: Angela Campbell
Name (Last, First)

Court Assistant
Job Title

2

**Work Address:** New York City

City _____ State _____ Zip Code _____

**Defendant No. 3:**
Name (Last, First): Joi Kemp
Job Title: Private Nurse
Work Address: Texas, Katy

City ~~scribbled~~ State _____ Zip Code _____

**Defendant No. 4:**
Name (Last, First): ~~scribbled~~ Sean Combs
Job Title: ~~scribbled~~ Music Mogul

Work Address: _____

City _____ State _____ Zip Code _____

If there are additional defendants, the information requested in this section must be provided for each person; additional sheets of paper may be used and attached to this complaint.

## IV. STATEMENT OF FACTS

State briefly and concisely the facts supporting your claims. Describe the events in the order they happened. Your statement of facts should include the following:

- The date(s) on which the events occurred
- Where these events took place (identify the facility and, if relevant, the specific location in the facility)

3

- How each defendant was involved in the conduct you are complaining about

If you were physically injured by the alleged misconduct, describe the nature of your injuries and the medical evaluation and treatment you were provided. You need not cite to case law or statutes or provide legal argument in the Statement of Facts. Use additional sheets of paper if necessary.

Dan Wolf Angela Campbell and Joi Kemp Drugged Me and sex trafficked Me using a fraud porno contract and Never paid Me around the time of Agust 2018 Sean Combs Solicited them and had sex with Me 3 times without ever getting verbal consent from Me or Me ever Seeing him. My Bladder was in extreme pain and when I went back to School all My peers called Me P. Diddy and made fun of Me Angela Campbell has been hypnotizing me since I was very young My Mom Joi Kemp has been abusing Me. Dan Wolf Violating Saenz v Roe at my School, I told Combs to stop.

## V. STATEMENT OF CLAIM(S)

State briefly and concisely the constitutional and/or statutory basis for each claim you seek to assert and identify the defendant(s) against whom each claim is

4

asserted. Commonly asserted claims include: excessive force; failure to protect; deliberate indifference to medical needs; unconstitutional conditions of confinement; denial of due process in a disciplinary or other proceeding; denial of equal protection; retaliation for the exercise of a First Amendment right; and interference with free exercise of religion. Legal argument and case citations are not required. Use additional sheets of paper if necessary.

**FIRST CLAIM**

Sex trafficking

**SECOND CLAIM**

Rape revenge porn

**THIRD CLAIM**

Physical Abuse sexual Assault

VI. **RELIEF REQUESTED**

State briefly what relief you are seeking in this case.

100 Million US Dollars or 10 Million

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/29/24

David Johnson
Plaintiff's signature
(All plaintiffs must sign the complaint)

(revised 10/2/16)

5